# Court of Appeals
# of the State of Georgia

ATLANTA, __April 15, 2025__

*The Court of Appeals hereby passes the following order:*

**A25E0094.  JASON Q. BAILEY v. LATISHA DEAR JACKSON, JUDGE.**

Upon consideration of the Appellant's Rule 40 (c) petition seeking a writ of mandamus in the above-styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/15/2025__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*